UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYESHA FRAZIER-TAYLOR, | Case No.  1:25-cv-00448-FJS |
| Plaintiffs, | ORDER REGARDING SUBSTITUTION OF ATTORNEY |
| v. | (ECF No. 34) |
| CAMBRIDGE MANAGEMENT, INC., | |
| Defendants. | |

On May 20, 2026, Defendant Cambridge Management, Inc., filed a substitution of attorney form substituting attorney Lisa Barnett Sween of Jackson Lewis P.C. in place of attorneys Roger M. Mansukhani and Anne-Leith Matlock of Gordon Rees Scully Mansukhani, LLP. (ECF No. 34.) Accordingly, pursuant to Local Rule 182(g) of the court, IT IS HEREBY ORDERED that Lisa Barnett Sween is substituted as attorney of record for Defendant Cambridge Management, Inc., and the clerk of court is directed to terminate attorneys Roger M. Mansukhani and Anne-Leith Matlock as counsel of record.

IT IS SO ORDERED.

Dated: __**May 22, 2026**__                   _____

UNITED STATES MAGISTRATE JUDGE