UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYESHA FRAZIER-TAYLOR,<br>Plaintiff,<br>v.<br>CAMBRIDGE MANAGEMENT, INC.,<br>Defendant. | Case No. 1:25-cv-00448-FJS<br>ORDER GRANTING ANGELIQUE JACKSON'S *PRO HAC VICE* APPLICATION<br>(ECF No. 36) |

Angelique Jackson, attorney for Defendant Cambridge Management, Inc., moves for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **July 17, 2026**

UNITED STATES MAGISTRATE JUDGE