UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYESHA FRAZIER-TAYLOR,<br>Plaintiff,<br>v.<br>CAMBRIDGE MANAGEMENT, INC.,<br>Defendant. | Case No. 1:25-cv-00448-FJS<br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br>(ECF No. 38) |

On September 28, 2026, Plaintiff filed a notice of settlement, informing the court that a settlement has been reached and that dispositional documents will be filed no later than October 19, 2026. (ECF No. 38.) Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED.

Plaintiff shall file, or ensure the filing of, dispositional documents no later than October 19, 2026. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **October 1, 2026**

UNITED STATES MAGISTRATE JUDGE